## Long *v.* The State.

LIQUOR LAW.—*Evidence.*—*Venue.*—Where the evidence on the trial of a prosecution for an unlawful sale of intoxicating liquor does not show where such sale was made, a conviction of the defendant is erroneous.

From the Morgan Circuit Court.

*G. W. Grubbs*, *M. H. Parks* and *J. H. Jordan*, for appellant.

*A. M. Cunning*, Prosecuting Attorney, and *C. A. Buskirk*, Attorney General, for the State.

WORDEN, J.—Indictment for retailing without license. Conviction.

The same questions are made in this case as in *Long* v. *The State*, *ante*, p. 133; but the judgment in this case will have to be reversed on the evidence. The evidence did not show where the liquor was sold. The venue was not proved.

The judgment below is reversed, and the cause remanded for a new trial.

Petition for a rehearing overruled.